

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JMM:CPK
F. #2012R00759

*610 Federal Plaza*
*Central Islip, New York 11722*

January 28, 2016

**FILED BY ECF**

Honorable Arthur D. Spatt
United States District Judge
Eastern District of New York
1024 Federal Plaza
Central Islip, New York 11722

      Re:    United States v. Juman Ganesh
              Criminal Docket No. 16-CR-019 (ADS)

Dear Judge Spatt:

      The government writes to request that the above-referenced case be dismissed. The case was filed based on an Information. However, the defendant declined to waive indictment and proceed by the filed Information. Therefore, defendant was indicted on January 28, 2016 under Superseding Indictment S-3 in United States v. Govinda Andiappen and Juman Ganesh, CR 14-402(S-3). Accordingly, the government requests that the above-referenced case, United States v. Juman Ganesh, 16-CR-19, be dismissed.

                              Respectfully submitted,

                              ROBERT L. CAPERS
                              United States Attorney

             By:    /s/ *Charles P. Kelly*
                        Charles P. Kelly
                        Assistant U.S. Attorney
                        (631) 715-7866

cc:  Richard D. Haley, Esq.